IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC MOSHER,  :  <br> Plaintiff  : <br> : No. 1:17-cv-471 <br> v.  : <br> : (Judge Kane) <br> BRENT REVINGTON,  : <br> as an individual and in his position as  : <br> Standardbred Bureau Director of the  : <br> Pennsylvania Horse Racing Commission,  : <br> Defendant  : | |

## ORDER

**AND NOW**, this 19th day of April 2017, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's Motion for Preliminary Injunction (Doc. No. 4), is **DENIED**.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania